**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robert L. Clark<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-14741 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A. as Servicer for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO1 Inc. Mortgage Pass-Through Certificates, Series 1999-2 and index same on the master mailing list.

                                              Respectfully submitted,

                                              **/s/ Rebecca A. Solarz, Esquire**
                                              Rebecca A. Solarz, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322 FAX (215) 627-7734