# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-14741-MDC

ROBERT L CLARK

1277 LISA DRIVE

WARRINGTON, PA 18976

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ROBERT L CLARK

  1277 LISA DRIVE

  WARRINGTON, PA 18976

Counsel for debtor(s), by electronic notice only.

  CAROL B MCCULLOUGH
  65 W STREET RD
  SUITE A-204
  WARMINISTER, PA 18974-

Date: 9/14/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee