# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-14741-MDC

ROBERT L CLARK

1277 LISA DRIVE

WARRINGTON, PA 18976

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
ROBERT L CLARK

1277 LISA DRIVE

WARRINGTON, PA 18976

**Counsel for debtor(s), by electronic notice only.**
CAROL B MCCULLOUGH
65 W STREET RD
SUITE A-204
WARMINSTER, PA 18974-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

    /s/ William C. Miller

Date: 9/25/2017

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee