WWR# 31078005

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER NO. 13 |
| | ) |
| Robert L. Clark | ) BANKRUPTCY NO. 17-14741-mdc |
| Debtor | ) |
| | ) Nature of Proceeding |
| Sterling Jewelers Inc., D/B/A Kay Jewelers | ) Objection to Confirmation of Plan |
| Movant | ) |
| | ) Related to Document #  32 |

# **PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN**

CHECK ONE:

☒    The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

Dated  01/15/2018                                          /s/ Keri P. Ebeck
　　　　　　　　　　　　　　　　　　　　　　　　Keri P. Ebeck
　　　　　　　　　　　　　　　　　　　　　　　　Weltman, Weinberg & Reis Co. L.P.A.
　　　　　　　　　　　　　　　　　　　　　　　　436 Seventh Avenue
　　　　　　　　　　　　　　　　　　　　　　　　Suite 2500
　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　　　　(412) 338-7102
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant