### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                            : CHAPTER 13

ROBERT L. CLARK                                      : CASE NO. 17-14741 MDC

### ORDER

AND NOW, this 27th day of Feb., 2018, this matter having been brought before the Court by Carol B. McCullough, Esquire, attorney for debtor(s), by Notice of Motion to Avoid, and Disallow Lien of Office of Unemployment Compensation Benefits Policy pursuant to 11 U.S.C. 522(f) ("The Motion"), and it appearing that said Motion having been regularly served upon all parties concerned, and after opportunity for a hearing, and for good cause shown and upon consideration of said Motion, it is hereby

ORDERED that the ~~judgment lien of Office of Unemployment Compensation Benefits Policy is hereby avoided and disallowed.~~ *Motion is DENIED without prejudice*

BY THE COURT:

_Magdeline D. C_____
BANKRUPTCY JUDGE