United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14741-mdc
Robert L. Clark                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD            Page 1 of 1               Date Rcvd: Mar 05, 2018
                            Form ID: pdf900           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2018.
db            +Robert L. Clark,   1277 Lisa Drive,   Warrington, PA 18976-1828
              +Office of Unemployment Compensation,   attn:: Lori Pitulski,   651 Boas St,   10th fl,
                Harrisburg, PA 17121-0751
14030971       U S Department of Education,   P O Box 16448,   St. Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2018 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor Robert L. Clark mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              DAVID   NEEREN    on behalf of Creditor    West Coast Servicing, Inc. dneeren@udren.com,
               vbarber@udren.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank, National Association, successor by
               merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank
               Minnesota, National Association, as Trustee for SACO1 In KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, National Association, successor
               by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank
               Minnesota, National Association, as Trustee for SACO1 In bkgroup@kmllawgroup.com
              NATHALIE   PAUL    on behalf of Creditor    Sterling Jewelers Inc. D/B/A Kay Jewelers
               npaul@weltman.com,   jbluemle@weltman.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wells Fargo Bank, National Association, successor by
               merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank
               Minnesota, National Association, as Trustee for SACO1 In bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

ROBERT L. CLARK : CASE NO. 17-14741 MDC

## ORDER

AND NOW, this 27th day of Feb., 2018, this matter having been brought before the Court by Carol B. McCullough, Esquire, attorney for debtor(s), by Notice of Motion to Avoid, and Disallow Lien of Office of Unemployment Compensation Benefits Policy pursuant to 11 U.S.C. 522(f) ("The Motion"), and it appearing that said Motion having been regularly served upon all parties concerned, and after opportunity for a hearing, and for good cause shown and upon consideration of said Motion, it is hereby

ORDERED that the ~~judgment lien of Office of Unemployment Compensation Benefits Policy is hereby avoided and disallowed.~~ *Motion is DENIED without prejudice*

BY THE COURT:

_Magdeline D. C_____
BANKRUPTCY JUDGE