United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14741-mdc
Robert L. Clark                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD           Page 1 of 2           Date Rcvd: Mar 20, 2018
                       Form ID: pdf900           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2018.
db         +Robert L. Clark,   1277 Lisa Drive,   Warrington, PA 18976-1828
13953715    Capital One,   PO Box 71107,   Charlotte, NC  28272-1107
13953716    Capital One Bank,   PO Box 71083,   Charlotte, NC  28272-1083
13991844   +Cavalry SPV I, LLC,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,
             Tucson, AZ 85712-1083
13953718    Common wealth of pa dept of labor,   PO Box 67503,   Harrisburg, PA  17106-7503
14012581   +JPMorgan Chase Bank, National Association,   c/o Chase Records Center,
             Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
14003652   +McCullough Eisenberg, LLC.,   65 West Street Road,   Suite A-204,   Warminster, Pa 18974-3229
13970828   +STERLING JEWELERS INC D/B/A KAY JEWELERS,   c/o Weltman, Weinberg & Reis Co., LPA,
             436 Seventh Avenue, Ste 2500,   Pittsburgh, PA 15219-1842
14030971    U S Department of Education,   P O Box 16448,   St. Paul, MN 55116-0448
13953724    West Coast Servicing Inc,   c/o Udren Law Offices, PC,   111 Woodcrest Rd,
             Cherry Hill, NJ  08003-3620
13979878   +West Coast Servicing, Inc.,   7911 Warner Ave.,   Huntington Beach, CA 92647-4707
13953717    chase,   PO Box 98420,   Phoenix, AZ  85038-0420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Mar 21 2018 01:38:26     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2018 01:37:52
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 21 2018 01:38:24     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13953714    E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2018 01:37:42     Ally Bank,
             Payment Processing,   PO Box 380901,   Bloomington, MN  55438-0901
13964424    E-mail/Text: ally@ebn.phinsolutions.com Mar 21 2018 01:37:42     Ally Financial,
             PO Box 130424,   Roseville MN 55113-0004
13953720    E-mail/Text: bnc-bluestem@quantum3group.com Mar 21 2018 01:38:52     Fingerhut,   PO Box 166,
             Newark, NJ  07101-0166
13953721    E-mail/Text: BKRMailOPS@weltman.com Mar 21 2018 01:37:49     Kay Jewelers,   PO Box 740425,
             Cincinnati, OH  45274-0425
14008344    E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2018 01:46:40
             LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13972993    E-mail/PDF: cbp@onemainfinancial.com Mar 21 2018 01:46:31     ONEMAIN,   P.O. BOX 3251,
             EVANSVILLE, IN 47731-3251
14031689   +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Mar 21 2018 01:39:06
             PA Dept. of Labor & Industry,   Office of UC Benefits Policy,   651 Boas Street, 6th Floor,
             Harrisburg, PA 17121-0725
14053677   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2018 01:46:51
             PRA Receivables Management LLC,   PO Box 41067,   Norfolk, VA 23541-1067
13951288   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2018 01:46:51
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14000538   +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 21 2018 01:38:19     Premier Bankcard, Llc,
             Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14018316    E-mail/Text: bnc-quantum@quantum3group.com Mar 21 2018 01:37:49
             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13951469   +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2018 01:46:49     Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13953723    E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2018 01:46:31     Walmart/Synchrony Bank,
             PO Box 530927,   Atlanta, GA  30353-0927
13953719    E-mail/PDF: creditonebknotifications@resurgent.com Mar 21 2018 01:46:22     credit one bank,
             PO Box 98875,   Las Vegas, NV  89193-8875
13953722    E-mail/PDF: cbp@onemainfinancial.com Mar 21 2018 01:46:51     one main,   PO Box 742536,
             Cincinnati, OH  45274-2536
                                                                                             TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13953713      17-14741
cr*         +Cavalry SPV I, LLC,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,
             Tucson, AZ 85712-1083
cr*         +PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
cr*         +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13997406*   +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
                                                                                 TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: YvetteWD            Page 2 of 2           Date Rcvd: Mar 20, 2018
                              Form ID: pdf900           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2018 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor Robert L. Clark mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              DAVID   NEEREN    on behalf of Creditor    West Coast Servicing, Inc. dneeren@udren.com,
               vbarber@udren.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank, National Association, successor by
               merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank
               Minnesota, National Association, as Trustee for SACO1 In KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank, National Association, successor
               by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank
               Minnesota, National Association, as Trustee for SACO1 In bkgroup@kmllawgroup.com
              NATHALIE   PAUL    on behalf of Creditor    Sterling Jewelers Inc. D/B/A Kay Jewelers
               npaul@weltman.com,    PitEcf@weltman.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wells Fargo Bank, National Association, successor by
               merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank
               Minnesota, National Association, as Trustee for SACO1 In bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| **ROBERT CLARK** | : | |
| Debtor(s). | : | **Bankruptcy No. 17-14741 MDC** |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. ' 1326(a)(2).

Dated:  March 20, 2018

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE